# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DEBORAH RILEY** | Case No. 22-cv-4390 |
| Plaintiff, | |
| v. | Judge Sarah D. Morrison |
| **DENISON UNIVERSITY** | Magistrate Judge Kimberly A. Jolson |
| Defendant. | |

## AMENDED STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Deborah Riley ("Plaintiff") and Defendant, Denison University ("Defendant") (collectively the "Parties"), acting through their respective counsel of record, hereby stipulate that this action be **DISMISSED WITH PREJUDICE**.  Each party shall bear its/her own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Charles Cohen* | */s/ Eric Jones* |
| Robert A. Harris (0059549), Trial Attorney | Eric A. Jones (0081670), Trial Attorney |
| Charles E. Cohen (0101314) | Jones Law Group, LLC |
| Vorys, Sater, Seymour and Pease LLP | 513 E. Rich Street |
| 52 East Gay Street, P.O. Box 1008 | Columbus, OH 43215 |
| Columbus, Ohio 43215 | ejones@joneslg.com |
| Tel/Fax: (614) 464-8373 | |
| Email: raharris@vorys.com | *Counsel for Plaintiff* |
|       cecohen@vorys.com | *Deborah Riley* |
| | |
| *Counsel for Defendant* | |
| *Denison University* | |

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2023, a true and accurate copy of the foregoing was filed electronically and served via the Court's electronic filing system upon all counsel of record.

                                              */s/ Eric Jones*
                                              Eric A. Jones